UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON CRUMRINE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIVINT SOLAR, INC., DAVID BYWATER, and DANA RUSSELL,<br><br>Defendants. | Case No. 1:19-cv-05777-FB-JO |

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

|  |  |  |  |
|---|---|---|---|
| *Attorney or Party without Attorney:*<br>GLANCY PRONGAY & MURRAY LLP<br>LESLEY F. PORTNOY<br>230 Park Ave., Suite 530<br>New York, NY 10168<br>　*Telephone No:* (212) 682-5340<br>　*Attorney For:* Plaintiff Jason Crumrine | *Ref. No. or File No.:* | | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

　*Plaintiff:* JASON CRUMRINE, Individually and On Behalf of All Others Similarly Situated,
　*Defendant:* VIVINT SOLAR, INC., DAVID BYWATER, and DANA RUSSELL,

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>19CV5777 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint

3. a. Party served: VIVINT SOLAR, INC.
   b. Person served: ALBERT DAMONTE, INTAKE SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT
   [Served under F.R.C.P. Rule 4.]

4. Address where the party was served: 818 W. 7th Street, Suite 930, Los Angeles, CA 90017

5. I served the party:
   a. **By personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Nov 21 2019 (2) at: 02:55 PM

6. *Person Who Served Papers:*
   a. Douglas Forrest (5141, Los Angeles)　　　　d. *The Fee* for Service was: $48.40
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

11/22/2019
(Date)　　　　　　　　　　　　　　　　　　　(Signature)



PROOF OF SERVICE

4008752
(4199195)

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On January 7, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 7, 2020.

*s/ Gregory B. Linkh*
Gregory B. Linkh